AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
| BRANDI LEONARD | ) Case No. 16-mj-01041-NYW |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* BRANDI LEONARD,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Production of Child Pornography, Title 18 United States Code, Sections 2251(a) and (e) and 2.
Count 2: Transportation of Child Pornography, Title 18 United States Code, Sections 2252A(a)(1) and (b)(1) and 2.

Date: 11 Mar 2016

*Issuing officer's signature*

Nina Y. Wang
United States Magistrate Judge
*Printed name and title*

City and state: Denver, Colorado

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*