IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-mj-1041-NYW

UNITED STATES OF AMERICA,
        Plaintiff,

v.

1. BRANDI LEONARD

        Defendant.

---

**ORDER TO RESTRICT COMPLAINT AFFIDAVIT AND MOTION TO RESTRICT**

---

Upon the motion of the United States of America, and for good cause shown, it is ORDERED as follows:

Upon unsealing of this case, restriction of the Complaint Affidavit and this Motion to Restrict at Level 1 is appropriate for good cause shown under D.C.Colo.LCrR 47.1 such that the Complaint Affidavit as well as this Motion to Restrict, are restricted at Level 1 until further order of the Court;

IT IS SO ORDERED on this  14th  day of  March , 2016.

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO

4